927 A.2d 198

**Andrew PENMAN, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 20, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2007, the above captioned appeal is quashed for failure to file a brief.